1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DENISE LORENZ,

11              Plaintiff,                    CIV-S-05-0991 GGH

12        vs.

13
    JO ANNE B. BARNHART,
14   Commissioner of Social Security,

15              Defendant.                    ORDER

16   _____/

17              Plaintiff has not paid the fee ordinarily required to file an action in this court, and

18   has filed an application to proceed without prepayment of fees for an individual unrelated to this

19   case named Mohammad A. Khan.  See 28 U.S.C. §§ 1914(a), 1915(a).  Plaintiff will be provided

20   the opportunity to submit either the appropriate affidavit in support of a request to proceed in

21   forma pauperis or the appropriate filing fee.

22              In accordance with the above, IT IS HEREBY ORDERED that:

23              1.  Plaintiff shall submit, within twenty days from the date of this order, either a

24   completed application and affidavit in support of her request to proceed in forma pauperis on the

25   form provided by the Clerk of Court, or the appropriate filing fee; plaintiff's failure to comply

26   with this order will result in a recommendation that this action be dismissed; and

1

1          2.  The Clerk of the Court is directed to send plaintiff a new Application to

2    Proceed In Forma Pauperis.

3    DATED: 7/20/05

4                                                    /s/ Gregory G. Hollows

5                                                    _____
                                                    GREGORY G. HOLLOWS
6                                                    UNITED STATES MAGISTRATE JUDGE

7    GGH:076

8    Lorenz991.ifp.wpd

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2