UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DENISE LORENZ,

        Plaintiff,        CIV. S-03-1042-WBS PAN

   v.

JO ANNE B. BARNHART,
Commissioner of Social
Security,

        Defendant.
_____

DENISE LORENZ,

        Plaintiff,        CIV. S-05-0991 GGH

   v.

JO ANNE B. BARNHART,
Commissioner of Social
Security,

        Defendant.       NON-RELATED CASE ORDER

-o0o-

The court has received the Notice of Related Cases concerning the above-captioned cases filed February 2, 2006. <u>See</u> Local Rule 83-123, E.D. Cal.  The court has determined, however, that it is inappropriate to relate or reassign the cases, and therefore declines to do so.  This order is issued for informational purposes only and shall have no effect on the status of the cases.

Dated:  February 8, 2006.

                     <u>/s/ Peter A. Nowinski</u>
                     PETER A. NOWINSKI
                     Magistrate Judge