1  ANN M. CERNEY, SBN: 068748
   Attorney at Law
2  45 Hunter Square Plaza
   Stockton, California 95202
3  Telephone: (209) 948-9384
   Facsimile: (209) 948-0706
4
   Attorney for Plaintiff
5

**FILED**

MAR 3 0 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

6
7
8          UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

9  DENISE LORENZ,                         CASE NO. 2:05-CV-00991-GGH

10                 Plaintiff,              **STIPULATION AND [proposed] ORDER
                                           EXTENDING PLAINTIFF'S TIME TO
11  vs.                                    RESPOND TO DEFENDANT'S ANSWER**

12  JO ANNE B. BARNHART,
    Commissioner of Social Security,
13
                   Defendant.
14  _____/

15      IT IS HEREBY STIPULATED by and between the parties, through their respective

16  undersigned attorneys, with the approval of the Court, that Plaintiff's time to respond to

17  Defendant's answer in the above-referenced case is hereby extended from the present due date of

18  March 22, 2006, by sixty days, to the new response date of May 15, 2006.

19

20  DATED: March 20, 2006

21                                          McGregor W. Scott
                                            United States Attorney
22

23
    /s/ Ann M. Cerney                       /s/ Bobbie J. Montoya
24  Ann M. Cerney                           Bobbie J. Montoya
    Attorney for Plaintiff                  Assistant U S Attorney
25                                          Attorney for Defendant

26
27
28
    _____
                                           1
    STIPULATION AND [PROPOSED] ORDER EXTENDING PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S ANSWER

1  ANN M. CERNEY, SBN: 068748
   Attorney at Law
2  45 Hunter Square Plaza
   Stockton, California 95202
3  Telephone: (209) 948-9384
   Facsimile: (209) 948-0706
4
   Attorney for Plaintiff
5

6

7

8    UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

9                              —oOo—

10 | DENISE LORENZ,                    | CASE NO. 2:05-CV-00991-GGH

11 |          Plaintiff,               | **[proposed] ORDER EXTENDING PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S ANSWER**
12 | vs.                               |

13 | JO ANNE B. BARNHART,
     Commissioner of Social Security,
14
              Defendant.
15 | _____/

16      Pursuant to the stipulation of the parties showing good cause for a requested first

17 extension of Plaintiff's time to respond to Defendant's Answer, the request is hereby

18 APPROVED.

19      Plaintiff shall file her response on or before May 15, 2006.

20      SO ORDERED.

21

22 DATED: March 27, 2006           GREGORY G. HOLLOWS
                                   _____
23                                 GREGORY G. HOLLOWS
                                   UNITED STATES MAGISTRATE JUDGE
24

---

2
STIPULATION AND [PROPOSED] ORDER EXTENDING PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S ANSWER