McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2700
Fax:  (916) 554-2900
ERIC K. H. CHINN
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone:  (916) 977-8943
Fax:  (415) 744-0134

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE LORENZ,<br><br>        Plaintiff,<br><br>   v.<br><br>JO ANNE B. BARNHART,<br>  Commissioner of<br>  Social Security,<br><br>        Defendant. | CASE NO. 2:05-CV-00991-GGH<br><br>STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT TO JULY 20, 2005 |

    IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Defendant's time to respond to Plaintiff's motion for summary judgment in the above-referenced case is hereby extended from the present due date of June 20, 2005, by thirty days, to the new response date of July 20, 2005, and that all subsequent due dates under the Court's Scheduling Order shall be extended accordingly.  The extension is needed because Defendant has determined that a further review of the case is necessary.

Stip.& Order Ext. Def.'s Time
2:05-cv-00991-GGH                           **1**

1    This is the first extension requested re Defendant's
2 response to Plaintiff's motion for summary judgment.
3    The parties further stipulate that Plaintiff's counsel shall
4 return a facsimile of this stipulation bearing her signature for
5 retention by Defendant's counsel, and that Defendant shall e-file
6 this stipulation pursuant to applicable local rules.

7 DATED: June 19, 2006          /s/ Ann M. Cerney
                                ANN M. CERNEY
8                               Attorney at Law

9                               Attorney for Plaintiff

10 DATED: June 19, 2006          McGREGOR W. SCOTT
                                United States Attorney
11                               BOBBIE J. MONTOYA
                                Assistant U.S. Attorney
12
                            By: /s/ Bobbie J. Montoya for
13                               ERIC K. H. CHINN
                                Special Assistant U.S. Attorney
14
                                Attorneys for Defendant
15 OF COUNSEL:
   LUCILLE GONZALES MEIS
16 CHIEF COUNSEL, REGION IX
   UNITED STATES SOCIAL SECURITY ADMINISTRATION
17

18
                              ORDER
19
        APPROVED AND SO ORDERED.
20
   DATED: 6/21/06               /s/ Gregory G. Hollows
21
                                GREGORY G. HOLLOWS
22                               UNITED STATES MAGISTRATE JUDGE

23 lorenz.ord

28 Stip.& Order Ext. Def.'s Time
   2:05-cv-00991-GGH                    **2**