McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2700
Fax:  (916) 554-2900
ERIC K. H. CHINN
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone:  (916) 977-8943
Fax:  (415) 744-0134

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE LORENZ,<br><br>　　　　Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of<br>Social Security,<br><br>　　　　Defendant. | CASE NO. **2:05-CV-00991-GGH**<br><br>ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

　　　Based on the stipulation of the parties and for good cause shown, Defendant's time to respond to Plaintiff's motion for summary judgment is hereby extended to July 27, 2006.  All subsequent due dates under the Court's Scheduling Order shall be extended accordingly.

　　　SO ORDERED.

DATED: 7/25/06

　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　GREGORY G. HOLLOWS
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

lorenz.ord2

Stip & Order of Remand (Sentence 4)
05-cv-00991-GGH                              1