McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2700
Fax:  (916) 554-2900
ERIC K. H. CHINN
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone:  (916) 977-8943
Fax:  (415) 744-0134

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| DENISE LORENZ, | CASE NO. **2:05-CV-00991-GGH** |
|---|---|
| Plaintiff, | |
| v. | ORDER TO REMAND CASE WITH DIRECTION TO CLERK TO ENTER JUDGMENT |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

The above-referenced action is hereby REMANDED pursuant to 42 U.S.C. § 405(g) for further proceedings consistent with the stipulation of the parties.  The prior administrative decision is vacated.  This action is dismissed and the Clerk is directed to enter Judgment.

SO ORDERED.

DATED: August 1, 2006.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stip & Order of Remand (Sentence 4)
2:05-cv-00991-GGH                      1